

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00125-CV

———————————————

IN THE INTEREST OF S.T., A CHILD

---

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court No. 21-5296-442

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Motion in Request to Voluntary Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: September 22, 2022